AO 442 (Rev. 12/85) Warrant for Arrest     AUSA Terrence Thompson; SPECIAL AGENT Gregory Giacomino, 489-1768

# United States District Court
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

Edgar Quimbayo

## WARRANT FOR ARREST

CASE NUMBER: 00-4125-SNOW

TO: **The United States Marshal
and any Authorized United States Officer**

FILED by _____ D.C.
MAY 3 0 2000
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

YOU ARE HEREBY COMMANDED to arrest     Edgar Quimbayo

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment     ☐ Information     ☒ Complaint     ☐ Order of court     ☐ Violation Notice     ☐ Probation Violation Petition

charging him or her with (brief description of offense) PWID cocaine and conspiracy to distribute cocaine,

in violation of Title 21 United States Code, Section(s) 841(a)(1) and 846

Lurana S. Snow
Name of Issuing Officer

Magistrate Judge
Title of Issuing Officer

_signature_
Signature of Issuing Officer

May 30, 2000, Fort Lauderdale, Florida
Date and Location

Bail fixed at $ Pre-trial detention

_signature_ Lurana S. Snow, United States Magistrate Judge
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

3

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____ Edgar Quimbayo _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____     WEIGHT: _____

SEX: _____RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:_____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO:_____

_____

_____

INVESTIGATIVE AGENCY AND ADDRESS:_____ DEA _____

_____