TJT:am

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6149** CR-ZLOCH

21 U.S.C. § 841(a)(1)
21 U.S.C. § 846
18 U.S.C. § 2

**MAGISTRATE JUDGE
SELTZER**

UNITED STATES OF AMERICA

vs.

WILLIAM MACHUCA,
a/k/a "William Villegas", and
EDGAR ANTONIO QUIMBAYO

_____/



### INDICTMENT

The Grand Jury charges that:

### COUNT I

From on or about April 21, 2000, through on or about May 27, 2000, in Broward County and elsewhere, in the Southern District of Florida, the defendants,

WILLIAM MACHUCA,
a/k/a "William Villegas", and
EDGAR ANTONIO QUIMBAYO,

did knowingly and intentionally combine, conspire, confederate and agree with each other and with persons unknown to the Grand Jury, to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.



## COUNT II

On or about May 27, 2000, at Broward County, in the Southern District of Florida, the defendants,

**WILLIAM MACHUCA,**
a/k/a "William Villegas", and
**EDGAR ANTONIO QUIMBAYO,**

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1), and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

_____
GUY E. LEWIS
UNITED STATES ATTORNEY

_____
TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY

- 2 -

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA      CASE NO. _____
v.

WILLIAM MACHUCA, et al        **CERTIFICATE OF TRIAL ATTORNEY***
                              **Superseding Case Information:**

**Court Division:** (Select One)

    New Defendant(s)       Yes ___   ___
___ Miami  ___ Key West       Number of New Defendants ___
X   FTL    ___ WPB ___ FTP    Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:       (Yes or No) __Yes__
   List language and/or dialect    __Spanish__

4. This case will take  3-4  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                        (Check only one)

   I    0 to 5 days       __X__     Petty      ___
   II   6 to 10 days      ___       Minor      ___
   III  11 to 20 days     ___       Misdem.    ___
   IV   21 to 60 days     ___       Felony    __X__
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No) No___
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?(Yes or No) ___Yes___
   If yes:
   Magistrate Case No. _____ 00-4125-LSS _____
   Related Miscellaneous numbers. _____
   Defendant(s) in federal custody as of _____ 5/27/00 _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) ____No____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___Yes  _X_ No    If yes, was it pending in the Central Region? ___Yes ___ No

                                  _____
                                  TERRENCE J. THOMPSON
                                  ASSISTANT UNITED STATES ATTORNEY
                                  Court Bar No. A5500063

*Penalty Sheet(s) attached                                        REV 4/7/99

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

Defendant's Name: **WILLIAM MACHUA, a/k/a "William Villegas"** No. _____

Count #: I    21 U.S.C. § 841(a)(1) Conspiracy to PWID cocaine _____

*Max. Penalty: Life imprisonment and a ten (10) year mandatory minimum sentence; $4,000,000 fine

Count #: II    21 U.S.C. § 846 PWID cocaine _____

*Max. Penalty: Life imprisonment and a ten (10) year mandatory minimum sentence; $4,000,000 fine

Count #: _____
Max. Penalty: _____

Count #: _____
Max. Penalty: _____

Count #: _____
*Max. Penalty: _____

Count #: _____
*Max. Penalty: _____

Count #: _____
*Max. Penalty: _____

Count #: _____
*Max. Penalty: _____

Count #: _____
*Max. Penalty: _____

Count #: _____
*Max. Penalty: _____

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: **EDGAR ANTONIO QUIMBAYO**                     No. _____

**Count #: I    21 U.S.C. § 841(a)(1) Conspiracy to PWID cocaine**

**\*Max. Penalty: Life imprisonment and a ten (10) year mandatory minimum sentence;**

**$4,000,000 fine**

**Count #: II    21 U.S.C. § 846 PWID cocaine**

**\*Max. Penalty: Life imprisonment and a ten (10) year mandatory minimum sentence;**

**$4,000,000 fine**

Count #: _____
Max. Penalty: _____

Count#: _____
Max. Penalty: _____

Count#: _____
*Max. Penalty: _____

Count #: _____
*Max. Penalty: _____

Count#: _____
*Max. Penalty: _____

Count #: _____
*Max. Penalty: _____

Count#: _____
*Max. Penalty: _____

Count #: _____
*Max. Penalty: _____

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96