| | | | |
|---|---|---|---|
| DEFT: | Edgar Antonio Quimbayo(J)# | CASE NO: | 00-6149-CR-Zloch |
| AUSA: | Terry Thompson /Bruce Brown | ATTNY: | Erwin Lichter (no present) |
| AGENT: | | VIOL: | 21:841 |
| PROCEEDING: | Initial Appearance | BOND REC: | PTD |

BOND HEARING HELD - yes/no    COUNSEL APPOINTED:

___ BOND SET @

CO-SIGNATURES:

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House ___ Electronic Monitoring

FILED by ___ D.C.
JUN 13 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

A - advised of charge

(Circle One)
Interpreter Request
No Interpreter
Not Known
_____
(Specify Language)

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | June 16, 2000 @ | 11:00 a.m. | BSS |
| PTD/BOND HEARING: | June 20, 2000 @ | 10:30 | before Judge Snow |
| PRELIM/ARRAIGN. OR REMOVAL: | 6-20-00 | 10:30 | J Snow |
| STATUS CONFERENCE: | June 28, 2000 @ | 11:00 a.m. | before Judge Snow |

DATE: 6-13-00    TIME: 11:00am    TAPE # 00-048    PG #