AO 442 (Rev. 12/85) Warrant for Arrest    AUSA Terrence Thompson; SPECIAL AGENT Gregory Giacomino, 489-1768

## *United States District Court*

_____ SOUTHERN _____ DISTRICT OF _____ FLORIDA _____ *479657*

UNITED STATES OF AMERICA

V.

Edgar Quimbayo

### WARRANT FOR ARREST

*00-6149-CR-WZ*

CASE NUMBER: *00-4125-5NOW*

TO:    **The United States Marshal**
       **and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____ Edgar Quimbayo _____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

□ Indictment    □ Information    ☒ Complaint    □ Order of court    □ Violation Notice    □ Probation Violation Petition

charging him or her with (brief description of offense) PWID cocaine and conspiracy to distribute cocaine.

in violation of Title 21 United States Code, Section(s) 841 (a)(1) and 846.

Lurana S. Snow
Name of Issuing Officer

Magistrate Judge
Title of Issuing Officer

[signature]
Signature of Issuing Officer

May 30, 2000, Fort Lauderdale, Florida
Date and Location

[signature]

Bail fixed at $ Pre-trial detention

by Lurana S. Snow, United States Magistrate Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____ <br> **Detainer pick up from BSO** |

| DATE RECEIVED <br> 5/30/2000 | NAME AND TITLE OF ARRESTING OFFICER <br> **James A. Tassone, US Marshal** | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST <br> 6/13/2000 | **FOR:   DEA** | Fred Depompa, SDUSM |