-cr-06149-WJZ    Document 14    Entered on FLSD Docket 06/15/2000    P

FILED by D.C.
JUN 1 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CC-6149-CR

UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55333-004

UNITED STATES OF AMERICA )
            Plaintiff ) Case Number: CR 00-4125-SNOW
                      ) REPORT COMMENCING CRIMINAL
   -vs-               ) ACTION

EDGAR GUIMBAYO
               Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: Clerk's Office    MIAMI    FT. LAUDERDALE    W. PALM BEACH
     U.S. District Court     (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 6-13-00 am pm

(2) Language Spoken: ENGLISH - SPANISH

(3) Offense(s) Charged: PWID COCAINE

(4) U.S. Citizen [ ] Yes [X] No [ ] Unknown

(5) Date of Birth: 11-14-55

(6) Type of Charging Document: (check one)
    [ ] Indictment  [X] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SD/FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ] YES [ ] NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: _____   (9) Arresting Officer: _____

(10) Agency: _____  (11) Phone: _____

(12) Comments: _____

14