```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA
                              CASE NO. 00-6149-CR-ZLOCH
UNITED STATES OF AMERICA
        vs
                              ARRAIGNMENT INFORMATION SHEET
    EDGAR ANTONIO QUIMBAYO
```



The above named Defendant appeared before Magistrate Judge Lurana S. Snow on JUNE 20, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

```
DEFENDANT:           Address:  CUSTODY_____
                     _____
                     Telephone:_____
DEFENSE COUNSEL:     Name:_____IRWIN LICHTER, ESQ._____
                     Address:_____
                     _____
                     Telephone:_____
BOND SET/CONTINUED:  $_____PTD ORDERED THIS DATE_____
```

Bond hearing held: yes__X__  no____  Bond hearing set for_____

Dated this __20TH__ day of __JUNE_____,2000.

```
                              CLARENCE MADDOX
                              COURT ADMINISTRATOR/CLERK OF COURT

                              By:_____
                                    Deputy Clerk

                              Tape No.____00-029/030_____
```

cc: Copy for Judge
    U. S. Attorney