COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: EDGAR ANTONIO QUIMBAYO (J)   CASE NO: 00-6149-CR-ZLOCH
AUSA: TERRY THOMPSON - *pres*   ATTY: IRWIN LICHTER *pres*
AGENT: _____   VIOL: _____
PROCEEDING PTD HRG/IRC/ARRAIGNMENT RECOMMENDED BOND PTD
BOND HEARING HELD - yes/no   COUNSEL APPOINTED _____
___ BOND SET @ _____
___ SPECIAL CONDITIONS: _____
1) To be cosigned by: _____
2) Rpt to PTS ___ x's a wk/month by phone;   x's a wk/month in person
3) Travel extended to: _____

*Government proceeded by proffer.*
*Scott Hahn - DEA agent. Sworn for cross.*

*PTD Entered*

*Danger + risk*   Reading of Indictment Waived
   Not Guilty Plea entered
   Jury trial demanded
   Standing ___

Speaks English (Circle One)
Interpreter Requested
No Interpreter ✓
Not Known
_____
(Specify Language)

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL: _____
   PTD/BOND HRG: _____
   PRELIM/ARRAIGN: _____
   REMOVAL HRG: _____
   STATUS CONF:   6-28 // < 55

Date: 6/20/00   Time 10:30   FTL/LSS
TAPE #00- 029   Begin: 507   End: _____
re-call - 00-030 @ 190
end 868