UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6149-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

EDGAR ANTONIO QUIMBAYO

    Defendant.
_____/

MOTION FOR CONTINUANCE
OF TRIAL

COMES NOW the Defendant, EDGAR ANTONIO QUIMBAYO, by and through his undersigned attorney, and files herewith his Motion for Continuance and in support would show as follows:

1.

Defendant Edgar Antonio Quimbayo was arrested on or about May 27, 2000 and charged with narcotics offenses in violation of 21 U.S.C. §841(a)(1).

2.

On or about June 28, 2000, the government filed its discovery response indicating that they would be providing tape recorded conversations and transcripts as well as video cassettes involved in the case.

3.

Between July 11th and July 17th, counsel for Defendant did in fact receive twenty cassette tapes, two video tapes and eighteen transcripts of recorded conversations. In reviewing the taped transcripts and cassettes counsel has found the following:



Exhibit N-8, a recording of a conversation on May 5th, 2000 is blank

Exhibit N-10, a recording of a conversation on May 9th, 2000 is blank

Exhibit N-9, a recording of a conversation on May 8th, 2000 is blank

Exhibit N-15, a recorded conversation from May 1st, 2000, no cassette tapes exists although defense has been furnished a transcript

Exhibit N-3, a recorded conversation of April 26, 2000, the cassette recording only goes to page 23 of the transcript

Exhibit N-5, defense has neither tape cassette nor transcript

4.

Counsel has left messages for Assistant United States Attorney Terrance Thompson in an attempt to communicate this problem but to date has been unable to speak to him.

WHEREFORE, for the above and foregoing reasons Defendant respectfully requests that this Honorable Court grant a continuance in this matter to give the Defendant adequate time to prepare.

Respectfully submitted,

IRWIN G. LICHTER, P.A.
Attorney for Defendant
321 N.E. 26th Street
Miami, Florida 33137
(305) 573-0551
Fla. Bar No. 147988

by: IRWIN G. LICHTER, ESQ.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this  25

day of July 2000, to Assistant United States Attorney Terrance Thompson, 500 E. Broward

Boulevard, Suite 700, Ft. Lauderdale, FL  33394-3002.

IRWIN G. LICHTER, ESQ.