TJT:hkp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. __00-6149-CR-ZLOCH(s)__
21 U.S.C. § 841(a)(1)
21 U.S.C. § 846
18 U.S.C. § 2

UNITED STATES OF AMERICA,

    Plaintiff,

vs

WILLIAM MACHUCA,
a/k/a "William Villegas", and
EDGAR ANTONIO QUIMBAYO

    Defendants.
_____/



## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT I

From on or about April 21, 2000, through on or about May 27, 2000, in Broward County and elsewhere, in the Southern District of Florida, the defendants,

**WILLIAM MACHUCA,**
a/k/a "William Villegas", and
**EDGAR ANTONIO QUIMBAYO,**

did knowingly and intentionally combine, conspire, confederate and agree with each other and with persons unknown to the Grand Jury, to distribute a Schedule II controlled substance, that is, at least five (5) kilograms of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.



## COUNT II

On or about May 27, 2000, at Broward County, in the Southern District of Florida, the defendants,

WILLIAM MACHUCA,
a/k/a "William Villegas", and
EDGAR ANTONIO QUIMBAYO,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, at least five (5) kilograms of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1), and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY

-2-

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. __00-6149-CR-Zloch(s)__ |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| WILLIAM MACHUCA, et al | **Superseding Case Information:** |

**Court Division:** (Select One)

New Defendant(s)       Yes ___ No _X_
Number of New Defendants      _0_
Total number of counts        _2_

___ Miami ___ Key West
_X_ FTL  ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:       (Yes or No) _Yes_
   List language and/or dialect    _Spanish_

4. This case will take  _3-4_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)              (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I | 0 to 5 days | _X_ | Petty | ___ |
   | II | 6 to 10 days | ___ | Minor | ___ |
   | III | 11 to 20 days | ___ | Misdem. | ___ |
   | IV | 21 to 60 days | ___ | Felony | _X_ |
   | V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No) _Yes_
   If yes:
   Judge: _William J. Zloch_     Case No. _00-6149-CR-Zloch_
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?(Yes or No) _Yes_
   If yes:
   Magistrate Case No. _____ 00-4125-LSS _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of ____ 5/27/00 _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _Yes _X_ No  If yes, was it pending in the Central Region? _ Yes _ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

_____
TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY
Court Bar No. A5500063

*Penalty Sheet(s) attached                                   REV.6/27/00

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET**

Defendant's Name: **WILLIAM MACHUA, a/k/a "William Villegas"** No. **00-6149-CR-Zloch(s)**

Count #I:   21 U.S.C. § 841(a)(1) Conspiracy to PWID cocaine

*Max. Penalty: Life imprisonment and a ten (10) year mandatory minimum sentence; $4,000,000 fine

Count #II:   21 U.S.C. § 846 PWID cocaine

*Max. Penalty: Life imprisonment and a ten (10) year mandatory minimum sentence; $4,000,000 fine

Count #:
Max. Penalty:

Count #:
Max. Penalty:

Count #:
*Max. Penalty:

Count #:
*Max. Penalty:

Count #:
*Max. Penalty:

Count #:
*Max. Penalty:

Count #:
*Max. Penalty:

Count #:
*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV 12/12/96

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

Defendant's Name: **EDGAR ANTONIO QUIMBAYO**          No. **00-6149-CR-Zloch(s)**

Count #I:    21 U.S.C. § 841(a)(1) Conspiracy to PWID cocaine

*Max. Penalty: Life imprisonment and a ten (10) year mandatory minimum sentence; $4,000,000 fine

Count #II:    21 U.S.C. § 846 PWID cocaine

*Max. Penalty: Life imprisonment and a ten (10) year mandatory minimum sentence; $4,000,000 fine

Count #:
Max. Penalty:

Count#:
Max. Penalty:

Count#:
*Max. Penalty:

Count #:
*Max. Penalty:

Count#:
*Max. Penalty:

Count #:
*Max. Penalty:

Count#:
*Max. Penalty:

Count #:
*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96