

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.  00-6149-CR-Zloch

UNITED STATES OF AMERICA

vs

Edgar Quimbayo

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on    8-11-00    , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and co⸺appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:          Address:    In Custody

Telephone:

DEFENSE COUNSEL:    Name:    Irwin Lichter

Address:

Telephone:

BOND SET/CONTINUED:    $    Cont'd in custody

Bond hearing held: yes_____ no_____ Bond hearing set for_____

Dated this  11  day of  August , 20 00 .

CLARENCE MADDOX, CLERK OF THE COURT,

By: /s/ Deputy Clerk

Tape No.  00-066

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services