FILED by _____ D.C.

AUG 1 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6149-CR-Zloch  DATE 8-11-00

CLERK Caroline Newby  REPORTER Carl Schanzleh

PROBATION _____  INTERPRETER _____

UNITED STATES OF AMERICA v. William Machuca
Edgar Quimbayo

U. S. ATTORNEY Terry Thompson  DEFT COUNSEL Patrick Hunt
Irwin Lichter

DEFENDANT:  PRESENT ___ NOT PRESENT ___ ON BOND ___ IN CUSTODY ___

REASON FOR HEARING Calendar Call

RESULT OF HEARING Deft Quimbayo's mtn for continuance granted - all time excludable.

JUDGMENT

CASE CONTINUED TO _____  TIME _____  FOR _____

MISC

39