DEFT: ~~William~~ Edgar Quimbayo (J)#     CASE NO: 00-6149-CR-Zloch

AUSA: Terry Thompson     ATTNY: Irwin Lichter /present/

AGENT: _____     VIOL: _____

PROCEEDING: Arraignment on SS Indictment     BOND REC: _____

BOND HEARING HELD - yes/no     COUNSEL APPOINTED: _____

___ BOND SET @ _____

FILED by ___ D.C.
AUG 1 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House
    ___ Electronic Monitoring

Speaks English
(Circle One)
Interpreter Requested
No Interpreter
N. Known
(Specify language)

Reading of Indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: N/A
STATUS CONFERENCE: _____

DATE: 8-11-00     TIME: 11:00am     TAPE # 00-066     PG # 4

3617

40