```
                           UNITED STATES DISTRICT COURT
                           SOUTHERN DISTRICT OF FLORIDA

                           CASE NO. 00-6149-CR-ZLOCH
```

UNITED STATES OF AMERICA,

     Plaintiff,

vs.
                              **ORDER GRANTING CONTINUANCE**
                              **AND RESETTING TRIAL**

WILLIAM MACHUCA and
EDGAR ANTONIO QUIMBAYO,

     Defendants.
_____/

    THIS MATTER is before the Court for Calendar Call on August 11, 2000 and upon the Defendant, Edgar Antonio Quimbayo's, Motion For Continuance Of Trial, bearing Certificate of Service dated July 25, 2000, based upon the need of counsel for said Defendant for additional time within which to prepare to properly defend this matter. The Court has carefully reviewed said Motion and being otherwise fully advised in the premises, it is

    **ORDERED AND ADJUDGED** that the Defendant, Edgar Antonio Quimbayo's, Motion For Continuance Of Trial be and the same is hereby **GRANTED**. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the Defendants in a Speedy Trial.

    **IT IS FURTHER ORDERED AND ADJUDGED** that the above-styled cause is hereby removed from the trial calendar of August 14, 2000 and



is hereby reset for the two-week trial calendar commencing on Monday, October 23, 2000, at 9:30 a.m., in Courtroom A, United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida. Calendar Call is hereby set for Friday, October 20, 2000, at 9:00 a.m. in Courtroom A, United States Courthouse, Fort Lauderdale, Florida.

**Any Motions For Continuance must be filed fourteen (14) days prior to Calendar Call.**

The Court further finds that the delay resulting from the date of this continuance, July 25, 2000, through and including October 23, 2000, the date set for trial, or the date the trial commences, whichever is later, shall be deemed excludable time under Title 18, United States Code, § 3161(h)(8).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of August, 2000.

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

Terrence Thompson, Esq., AUSA
Patrick M. Hunt, Esq.
  For Defendant Machuca
Irwin G. Lichter, Esq.
  For Defendant Quimbayo

2