UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6149-CR-ZLOCH/SELTZER

UNITED STATES OF AMERICA

   Plaintiff,

v.

ANTONIO QUIMBAYO,

   Defendant.
_____/

### GOVERNMENT'S RESPONSE TO MOTION TO COMPEL DISCOVERY

The United States, by and through its undersigned Assistant United Stated Attorney, hereby responds to the defendant's Motion to Compel Discovery and Request for Specific *Kyles*, *Brady*, and *Giglio* Information, as

1. On August 9, 2000, the United States disclosed the identity of its only cooperating witness as well as the payments and inducements provided to that individual. An updated record of payments and inducements to the informant is as follows:

North Miami Police Department: $6,500 (unrelated to the instant case);

Drug Enforcement Administration: $36,460 ($3,100 relative to



the defendant's case); and

Margate Police Department:    $1,000 (relative to the defendant's case).

2. As previously disclosed, the informant has no prior felony convictions. The informant has not previously testified as a government witness. The United States is not aware of any record of convictions of the informant outside of the United States.

3. The defendant's co-defendant may testify as a witness for the United States. A criminal history check on that individual reveals no prior felony convictions. When, and if, the defendant's co-defendant enters a plea agreement with the United States, that information will be provided to the defendant. However, the co-defendant will receive no consideration other than the government's standard 5K1.1 plea agreement and a proffer letter.

4. There are no DEA-reports of debriefings of the informant that are substantially verbatim as to constitute *Jenks* materials within the scope of Title 18, United States Code, Section 3500.

5. The United States has no information that the informant has ever provided false or misleading information.

6. The United States cannot lawfully obtain or disclose income tax information related to the defendant.

7. The United States has provided all information concerning the informant that is consistent with this Court's Standing Discovery Order.

8. There is not a tape recording of the telephone calls made by the defendant's wife to the Margate Police Report.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY
COURT NO. A5500063
500 EAST BROWARD BLVD., SUITE 700
FORT LAUDERDALE, FL 33394
(954) 356-7306
(954) 356-7336 (FACSIMILE)

CERTIFICATE OF SERVICE

I hereby certify that a copy of this Government's List of Potential Witnesses was served in court this <u>4th</u> day of October 2000, upon: Irwin Lichter, Esq., 321 N.E. 26th Street, Miami, FL 33137-4724

_____
TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY