DEFT: Edgar Quimbayo (no deft) CASE NO: 00-6149-CR-Zloch
AUSA: Terry Thompson present ATTNY: Irwin Lichter present
AGENT: VIOL:
PROCEEDING: Motion to compel discovery BOND REC:
BOND HEARING HELD - yes/no COUNSEL APPOINTED:

___ BOND SET @

CO-SIGNATURES:

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed for _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
(2) ___ Halfway House
___ Electronic Monitoring

Motion granted — Atty Lichter to fax order for Court to sign

NEXT COURT APPEARANCE: ___ DATE: ___ TIME: ___ JUDGE: ___
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:
DATE: 10-4-00   TIME: 11:00am   TAPE # 00-078 PG # 9
730-1456

47