UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6149-CR-ZLOCH(s)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

EDGAR QUIMBAYO,

    Defendant.
_____/

ORDER ON DEFENDANT'S MOTION TO COMPEL DISCOVERY
AND REQUEST FOR SPECIFIC *KYLES, BRADY*, AND *GIGLIO* INFORMATION

THIS CAUSE having come on to be heard before me on Defendant EDGAR QUIMBAYO'S Motion to Compel Discovery and Request for Specific *Kyles, Brady*, and *Giglio* Information, and the Court, having heard argument of counsel and being fully advised in the premises, it is hereby

CONSIDERED, ORDERED AND ADJUDGED that Defendant's motion is GRANTED in part. The Government is directed to comply with the following:

1. All agreements between the informant and the Government shall be turned over to the defense.

2. The Government shall verify amounts paid to the informant.

3. The Government shall make contact with all agencies who could confirm the existence of arrest warrants for the informant from Bolivia and Colombia.

4. The Government will provide the defense with the length of time that the informant has been cooperating with the Government.

1

5. The Government shall accept service of a subpoena for the informant.

6. The Government shall check on inconsistencies between the complaint and the testimony of Agent Scott Hahn at the pre-trial detention hearing to determine whether or not a DEA 6 Report of a debriefing of the informant dated 6/20/00 relating to the Defendant's participation in the crimes charged is *Brady*.

7. In all other respects Defendant's motion is denied.

DONE AND ORDERED at Fort Lauderdale, Florida, this 12th, day October 2000.

UNITED STATES MAGISTRATE JUDGE

cc: AUSA Terrance Thompson
Irwin G. Lichter, Esq.