UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by
OCT 27 2000

CASE NUMBER 00-6148-CR-Zloch    DATE 10-27-00
CLERK Carline Newby    REPORTER Carl Schneider
PROBATION    INTERPRETER

UNITED STATES OF AMERICA v. Edgar Antonio Quimbayo

U.S. ATTORNEY Jerry Thompson    DEFT COUNSEL Irwin Lichter

DEFENDANT: (PRESENT)    NOT PRESENT    ON BOND    (IN CUSTODY)

REASON FOR HEARING Change of Plea to Count 1 of Superseding Indictment

RESULT OF HEARING Deft entered plea of guilty to Count 1

JUDGMENT Court accepted plea & adjudged deft guilty to Count 1 of Superseding Indict

CASE CONTINUED TO 1-26-01    TIME 10:00    FOR Sentencing

MISC Written Plea Agreement


53