UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY _____
2001 JAN -8 PH 1: 11
CLERK U.S. DIST. CT.
S.D. OF FLA-FTL

CASE NO. 00-6149-CR-ZLOCH

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

EDGAR QUIMBAYO,

     Defendant.

_____/

## OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT
## AND SENTENCING FACTORS CONTAINED THEREIN

COMES NOW the Defendant, EDGAR QUIMBAYO, by and through his undersigned

attorney and files herewith his Objections to the Presentence Investigation Report and in support

would show as follows:

1.     Defendant objects to paragraph 14 and 22 of the Presentence Investigation Report

wherein probation has assessed the Defendant's role in the offense as being a minor role and

given him a two level decrease pursuant to §3B1.2(b).

2.     Paragraph 7 of the Defendant's plea agreement states:

> "The United States will not oppose a request by the Defendant
> for a Three (3) point reduction in offense level, pursuant to §3B1.2
> of the Federal Sentencing Guidelines, based upon the Defendant's
> role in the offense.

3.     Section 3B1.2 specifically provides for a three level decrease in cases falling

between a minor and minimal role.

4.     Pursuant to the plea agreement Defendant requests he be given a three level

decrease.

Respectfully submitted,

IRWIN G. LICHTER, P.A.
Attorney for Defendant
321 N. E. 26th Street
Miami, Florida 33137
Tel: (305) 573-0551
Fax: (305) 573-6251
Florida Bar #147988

by:     IRWIN G. LICHTER, ESQ.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 5th day of January 2001, to Assistant United States Attorney Terrence Thompson, 500 East Broward Blvd., 7th Floor, Ft. Lauderdale, FL 33394, and to Frank Smith, U. S. Probation Office, 299 E. Broward Blvd, Room 409, Ft. Lauderdale, Florida 3301-1168.

IRWIN G. LICHTER, ESQ.