UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6149-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

EDGAR QUIMBAYO,

    Defendant.

_____/

## SUPPLEMENTAL OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT

COMES NOW the Defendant, EDGAR QUIMBAYO, by and through his undersigned attorney and files herewith his Supplemental Objections to the Presentence Investigation Report. None of the objections contained herein will affect the calculations of the Defendant's guidelines. In support Defendant would show as follows:

1. On page 3 of the Presentence Investigation Report, the Defendant is listed as a Colombian citizen. Defendant is Canadian.

2. Defendant's correct date of birth is November 14, 1955 and his correct social security number is 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. See page 3.

3. Defendant objects to paragraph 11, page 6. Defendant was not responsible for insuring that the money paid for the narcotics was delivered to people Machuca did not know.

4. Defendant's only participation was supposed to have been his introduction of Machuca to the source of the cocaine. Defendant has not only written a statement (see p. 7) but has also been debriefed by agents of the Drug Enforcement Administration and has provided



detailed information regarding the events that took place as well as the source of the cocaine. Needless to say, Defendant's version is different than that given by William Machuca.

5. Paragraph 63 is incorrect. Defendant owes approximately $15,000 to various credit card companies including Citibank.

WHEREFORE having filed the foregoing objections Defendant requests that these corrections be made to his Presentence Investigation Report.

                          Respectfully submitted,

                          IRWIN G. LICHTER, P.A.
                          Attorney for Defendant
                          321 N. E. 26th Street
                          Miami, Florida 33137
                          Tel: (305) 573-0551
                          Fax: (305) 573-6251
                          Florida Bar #147988

by: _____
     IRWIN G. LICHTER, ESQ.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this _10_ day of January 2001, to Assistant United States Attorney Terrence Thompson, 500 East Broward Blvd., 7th Floor, Ft. Lauderdale, FL 33394, and to Frank Smith, U. S. Probation Office, 299 E. Broward Blvd, Room 409, Ft. Lauderdale, Florida 3301-1168.

_____
IRWIN G. LICHTER, ESQ.