-cr-06149-WJZ   Document 58   Entered on FLSD Docket 01/29/2001   P

Filed by _____ D.C.

JAN 2 6 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6149-CR-ZLOCH   DATE 1-26-01
CLERK Carline Newby   REPORTER Carl Schanzle
PROBATION Frank Smith   INTERPRETER _____

UNITED STATES OF AMERICA v. Edgar Antonio Quimbayo

U. S. ATTORNEY Terry Thompson   DEFT COUNSEL Irwin Lichter

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING Sentencing

RESULT OF HEARING Court grants additional point Reduction for Role - Ct 1 - 66 months custody of BOP - 3 yrs Supervised Release - $100 assessment - Upon

JUDGMENT completion of sentence surrender to INS for deportation - If deported not re-enter w/out prior express permission of A.G. - New Reporting if deported - $2,000 fine -

CASE CONTINUED TO _____ TIME _____ FOR _____

MISC Participate in drug/alcohol abuse program - at recommends facility in Florida - Ct 2 dismissed -

58